## In the matter of JOHN STILES, an infant.

No order for the sale of the real estate of an infant will be granted, unless the report of the master is made in full compliance with every requisite of the 88th general rule of the court.

PETITION for the sale of certain real estate of the infant, under the act of 1815. Accompanying the petition was a report of a master, stating the situation and value of the lands proposed to be sold, and also, that for the reasons therein mentioned, the interest of the infant requires, that the said lands should be sold. But the report contained no statement of the other property of the infant, either real or personal.

*1824. December.*

*Sale of infants' real estate.*

THE COURT refused the petition. The 88th general rule, requires the master to ascertain " the age of the infants, " the amount or value of their personal estate, the situation, " quantity and value of their real estate, and the extent of the " infants' interest therein ; the facts and reasons rendering it " necessary or adviseable to sell the real estate, or part thereof ; " the competency of the person or persons proposed as guardi- " ans ; the names, descriptions and competency of the sureties " to be given by such guardians, &c." The court has fre- quently adverted to the caution with which it is necessary to watch these proceedings, and the exactness which will be required in complying with the requisites of this general rule of the court. No order for the sale of infants' real estate will be granted, unless the terms of the rule are fully complied with, in all the particulars required to be reported.

The object of the rule, is, that the court should have a full view of all the infant's property ; and should upon such a view, be able to determine, whether it is advantageous to the infant, that his lands or any part of them, should be sold or

1825.

not.   The propriety of selling any particular part of the in-fant's lands, must often depend upon the extent and situation of his other property ; and a mere statement of the situation and value of the tract of land proposed to be sold, is not a compliance with the rule.